United States Courts
Southern District of Texas
FILED
*March 29, 2023*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | Criminal No.  H-23-CR-141 |
| § § | |
| **KEVIN DANIEL BISHOP** § § | |
| **Defendant.** § § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **Kevin Daniel Bishop**, **DOB 12/10/1964**, duly committed to the Sheriff of Montgomery County Jail, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 10th day of April, 2023, at 02:00 P.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Montgomery County Jail, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Montgomery County Jail, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the <u>10th Day</u> of A<u>pril, 2023, so that he may be</u> present in this cause at that time.

        Respectfully submitted,

        ALAMDAR S. HAMDANI
        United States Attorney

By:  /s/ Karen M. Lansden
       KAREN M. LANSDEN
       Assistant United States Attorney
       1000 Louisiana, Suite 2300
       Houston, Texas 77002
       (713) 567-9000 Phone
       (713) 718-3300 Fax